**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**FISCHLER,** *individually and on behalf of all other persons similarly situated*,

                          **Plaintiff,**

       -against-

**FIKA ESPRESSO BARS LLC, ET. AL.,**

                         **Defendants.**
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/10/2020

1:18-CV-01346 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby ORDERED to submit a joint status report to the Court on or before August 26, 2020.

**SO ORDERED.**

**Dated:**   **New York, New York**
             **August 10, 2020**

                                                     _____
                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**