| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 9/2/2020 |

-------------------------------------------------------------------- x

**FISCHLER,** *individually and on behalf of all other persons similarly situated*,

                       **Plaintiff,**              1:18-CV-01346 (ALC)

-against-                                    **ORDER**

**FIKA ESPRESSO BARS LLC, ET. AL.,**

                       **Defendants.**

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby ORDERED to submit a joint status report to the Court on or before September 16, 2020 indicating whether the current stay should remain in place, and, if not, how they would like to proceed with this matter.

**SO ORDERED.**

**Dated:**      **New York, New York** <br>                 **September 2, 2020**

                                                      **ANDREW L. CARTER, JR.** <br>                                                       **United States District Judge**